**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER CHARLES BITTICK, | ) Case No. EDCV 15-0528-JPR |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing the Commissioner's decision is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: May 6, 2016

_____
JEAN ROSENBLUTH
U.S. Magistrate Judge